DRINKER BIDDLE & REATH LLP
Adam J. Thurston (SBN 162636)
adam.thurston@dbr.com
Ryan S. Fife (SBN 235000)
ryan.fife@dbr.com
1800 Century Park East, Suite 1400
Los Angeles, California 90067-1517
Telephone:   (310) 203-4000
Facsimile:   (310) 229-1285

Attorneys for Defendant
VWR INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| COALITION FOR CLEAN AIR, et al., | Case No. 1:12-CV-101569-LJO-BAM |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING AND HEARING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| VWR INTERNATIONAL, LLC, et al., | Current Hearing Date:<br>Date:    October 29, 2012<br>Time:    8:30 a.m.<br>Place:   Courtroom 4, 7th Floor<br>Judge:  Hon. Lawrence O'Neil |
| Defendant. | |
| | New Hearing Date:<br>Date:    November 13, 2012<br>Time:    8:30 a.m. |

LA01/ 1166186.2

STIPULATION & ORDER RE HEARING & BRIEFING SCHEDULE FOR P.I. MOTION

This Stipulation is made and entered into pursuant to EDCA Local Rules 143, 144, 230(f), in the above-captioned action by and between Plaintiffs Coalition for Clean Air, Center For Environmental Health, Association of Irritated Residents, Teamsters Joint Council 7, and Kevin Long ("Plaintiffs") and Defendant VWR International, LLC ("Defendant") through their respective undersigned counsel:

WHEREAS, Plaintiffs filed the Complaint in this action on September 24, 2012.

WHEREAS, Defendant was served with the action on September 26, 2012.

WHEREAS, Plaintiffs filed a motion for a preliminary injunction (Dkt. No. 6) on September 28, 2012, and served Defendant by mail on the same date, per Fed. Rules Civ. Proc. Rules 5, 6.

WHEREAS, Plaintiffs' preliminary injunction motion noticed a hearing date of October 29, 2012, making Defendant's opposition due on October 15, 2012, and the reply due October 22, 2012, per EDCA Local Rule 230.

WHEREAS, The preliminary injunction motion presents complex issues, and additional time is needed for Defendant's recently retained counsel, to prepare papers in opposition to the preliminary injunction motion.

NOW, THEREFORE, the parties hereby stipulate and request that the hearing and briefing schedule on the preliminary injunction motion (Dkt. No. 6) be modified as follows:

   Opposition due October 25 2012

   Reply due November 6, 2012

   Hearing date November 13, 2012 at 8:30 a.m.

Dated: October 11, 2012

DRINKER BIDDLE & REATH LLP
Adam J. Thurston
Ryan S. Fife


By:  /s/ Adam J. Thurston
     Adam J. Thurston

Attorneys for Defendant
VWR INTERNATIONAL, LLC

Dated: October 11, 2012

            LOZEAU DRURY LLP
            Richard T. Drury
            Christina M. Caro

            By: /s/ Christina M. Caro
               (as authorized on 10/11/12)
               Christina M. Caro

            Attorneys for Plaintiffs

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, that the briefing and hearing schedule on Plaintiffs' motion for a preliminary injunction (Dkt. No. 6) is modified as follows:

  Opposition due October 25 2012

  Reply due November 6, 2012

  Hearing date November 13, 2012 at 8:30 a.m.

Dated: October 12, 2012            /s/ Lawrence J. O'Neill
                     UNITED STATES DISTRICT JUDGE