DRINKER BIDDLE & REATH LLP
Adam J. Thurston (Cal. Bar No. 162636)
adam.thurston@dbr.com
Ryan S. Fife (Cal Bar No. 235000)
ryan.fife@dbr.com
1800 Century Park East, Suite 1400
Los Angeles, CA  90067-1517
Telephone:    (310) 203-4000
Facsimile:    (310) 229-1285

Attorneys for Defendant
VWR INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR CLEAN AIR, a California nonprofit corporation; CENTER FOR ENVIRONMENTAL HEALTH, a California nonprofit Corporation; ASSOCIATION OF IRRITATED RESIDENTS, a California nonprofit organization; TEAMSTERS JOINT COUNSEL 7, an organized labor union; KEVIN LONG, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>VWR INTERNATIONAL, LLC,<br><br>　　　　　　Defendant. | Case No. 1:12-CV-01569-LJO-BAM<br><br>**ORDER GRANTING VWR INTERNATIONAL, LLC'S REQUEST TO SEAL THE DECLARATION OF EDWARD BORGER RE: HARDSHIP IN SUPPORT OF VWR INTERNATIONAL LLC'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:　　November 13, 2012<br>Hearing Time:　　8:30 a.m.<br>Hearing Location: Courtroom 4, 7th Floor<br>Judge:　　　　　Hon. Lawrence J. O'Neill |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

LA01/ 1168871.1                                                      **[PROPOSED] ORDER**

1  Having reviewed Defendant's Request to Seal the DECLARATION OF EDWARD
2  BORGER RE: HARDSHIP IN SUPPORT OF VWR INTERNATIONAL LLC'S OPPOSITION
3  TO MOTION FOR PRELIMINARY INJUNCTION (the "Hardship Declaration"), and for good
4  cause shown, the Court hereby GRANTS the Request to Seal and Orders the following:

   1) The Hardship Declaration shall be sealed and remain sealed so long as this order remains in effect;

   2) Access to the Hardship Declaration is only granted to the Court, the current parties to this action, and their respective counsel; and

   3) Plaintiffs, and counsel for all plaintiffs, are prohibited from disclosing the Hardship Declaration and/or its contents to any third party, including in any publicly filed document in this or any other case.

   4) Plaintiffs, and counsel for all plaintiffs, are prohibited from disclosing VWR International LLC's Request to Seal the Hardship Declaration and/or its contents to any third party, including in any publicly filed document in this or any other case.

IT IS SO ORDERED.

Dated:   **October 29, 2012**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE