IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR CLEAN<br>CLEAN AIR, et al.,<br><br>                Plaintiffs,<br><br>   vs.<br><br>VWR INTERNATIONAL, LLC,<br><br>                Defendant.<br>                                            / | CASE NO. CV F 12-1569 LJO BAM<br><br>**ORDER ON REPLY BRIEFING PAGE LIMITS**<br>(Doc. 13.) |

      Plaintiffs seek leave to exceed this Court's reply briefing limits. This Court treats briefs in excess of page limits as a necessity, not a luxury to be taken lightly. This Court PERMITS plaintiffs to file a reply brief not to exceed 15 pages on the condition that such brief is **well-organized, clear and succinct and avoids unnecessary duplication** and otherwise complies with this Court's Local Rules.

      In addition, this Court ORDERS the parties to provide courtesy copies of their papers to chambers.

      The district judges of this Court carry the heaviest caseloads in the nation. The magistrate judges of this Court carry lesser caseloads and offer greater availability and flexibility to the parties. The district judges are unable to commit to address actions pending before them given limited resources and the need to prioritize criminal and older civil matters over more recently filed actions. As such, this Court urges the parties to consider the conduct of all further proceedings by a U.S. Magistrate Judge. A consent form is available on the Court's website www.caed.uscourts.gov by checking the Forms link

1 | or by telephoning the Clerk's Office at (559) 499-5600 or (559) 499-5601.

2 |     IT IS SO ORDERED.

3 | **Dated:**   November 5, 2012          /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE