RICHARD DRURY (Cal. Bar No. 163559)
CHRISTINA M. CARO (Cal. Bar. No. 250797)
LOZEAU | DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel:  (510) 836-4200; Fax: (510) 836-4205
E-mail:   richard@lozeaudrury.com; christina@lozeaudrury.com

SARA HEDGPETH-HARRIS (Cal. Bar No. 124114)
LAW OFFICE OF SARA HEDGPETH-HARRIS
1204 West Shaw Ave., Suite 102
Fresno, CA  93711
Tel: (559) 283-8780; Fax: (559) 478-5073
Email: sara.hedgpethharris@shh-law.com
*Attorney for all Plaintiffs*

BRENT NEWELL (Cal. Bar No. 210312)
LAURA BAKER (Cal. Bar No. 276410)
CENTER ON RACE, POVERTY & THE ENVIRONMENT
1302 Jefferson Street, Suite 2
Delano, CA 93215
Tel (661) 720-9140; Fax (661) 720-9483
E-mail: bnewell@crpe-ej.org
*Attorneys for Plaintiffs Association of Irritated Residents*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR CLEAN AIR, a California nonprofit corporation; CENTER FOR ENVIRONMENTAL HEALTH, a California nonprofit corporation; ASSOCIATION OF IRRITATED RESIDENTS, a California nonprofit corporation; TEAMSTERS JOINT COUNCIL 7, an organized labor union; KEVIN LONG, an individual,<br><br>  Plaintiffs,<br><br>  vs.<br><br>VWR INTERNATIONAL, LLC, a Delaware corporation; and DOES I – X, inclusive,<br><br>  Defendants. | Case No.:  1:12-cv-01569-LJO-BAM<br><br>**STIPULATION AND ORDER CONTINUING BRIEFING AND HEARING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION and MOTION TO DISMISS**<br><br>Current Hearing Date:<br>Date:   December 10, 2012<br>Time:   8:30 a.m.<br>Place:  Courtroom 4, 7th Floor<br>Judge: Hon. Lawrence O'Neil<br><br>New Hearing Date:<br>Date:   December 20, 2012<br>Time:   8:30 a.m. |

This Stipulation is made and entered into pursuant to EDCA Local Rules 143, 144,

STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING AND BRIEFING SCHEDULE FOR
MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS
LA01/ 1173147.1

230(f), in the above-captioned action, by and between Plaintiffs Coalition for Clean Air, Center For Environmental Health, Association of Irritated Residents, Teamsters Joint Council 7, and Kevin Long ("Plaintiffs") and Defendant VWR International, LLC ("Defendant") through their respective undersigned counsel:

WHEREAS, Plaintiffs filed a motion for preliminary injunction with a noticed hearing date of October 29, 2012.

WHEREAS, Defendant filed a motion to dismiss this action with a noticed hearing date of December 10, 2012.

WHEREAS, the Court, by order dated November 8, 2012, rescheduled the hearing date for the motion for preliminary injunction to coincide with the motion to dismiss, such that both motions will be heard on December 10, 2012.

WHEREAS, the Court in its order dated November 8, 2012, requested supplemental briefing on issues related to irreparable harm, with Plaintiffs' supplemental brief to be filed together with their opposition to the motion to dismiss, and Defendant's supplemental brief to be filed together with any reply in support of the motion to dismiss.

WHEREAS, pursuant to the Court's local rules, the Plaintiffs' opposition to the motion to dismiss (and supplemental brief on irreparable harm), is currently due on November 26, 2012, the Monday following the Thanksgiving holiday.

WHEREAS, pursuant to the Court's local rules, the Defendant's reply in support of the motion to dismiss (and supplemental brief on irreparable harm) is currently due on December 3, 2012.

WHEREAS, the preliminary injunction motion and motion to dismiss present complex issues, and additional time is needed for the parties to prepare papers on the motions, and to respond to the questions of the Court.

NOW, THEREFORE, the parties hereby stipulate and request that the hearing and briefing schedule on the preliminary injunction motion, motion to dismiss, and supplemental briefing be modified as follows:

- Plaintiffs' opposition to motion to dismiss and brief on irreparable harm: December 3, 2012

- Defendant's reply in support of motion to dismiss and brief on irreparable harm: December 13, 2012
- Hearing on motion to dismiss and preliminary injunction: December 20, 2012 at 8:30 a.m.

Respectfully submitted,

Dated: November 19, 2012        DRINKER BIDDLE & REATH LLP

By:        /s/
Adam J. Thurston
Ryan S. Fife
Attorneys for Defendant
VWR INTERNATIONAL, LLC

Dated: November 19, 2012        LOZEAU DRURY LLP

By:        /s/
Richard Drury
Christina M. Caro
Attorneys for Plaintiffs

### ORDER

IT IS HEREBY ORDERED, that the briefing and hearing schedule on Plaintiffs' motion for a preliminary injunction and Defendant's motion to dismiss is modified as follows:

- Plaintiffs' opposition to motion to dismiss and brief on irreparable harm: December 3, 2012
- Defendant's reply in support of motion to dismiss and brief on irreparable harm: December 13, 2012
- Hearing on motion to dismiss and preliminary injunction: December 20, 2012 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **November 20, 2012**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING AND BRIEFING SCHEDULE FOR
MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS

LA01/ 1173147.1