DRINKER BIDDLE & REATH LLP
Adam J. Thurston  (Bar No. 162636)
Ryan S. Fife (Bar No. 235000)
1800 Century Park East, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 203-4000
Facsimile:  (310) 229-1285
adam.thurston@dbr.com
ryan.fife@dbr.com

Attorneys for Defendant
VWR INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR CLEAN AIR, a California nonprofit corporation; CENTER FOR ENVIRONMENTAL HEALTH, a California nonprofit Corporation; ASSOCIATION OF IRRITATED RESIDENTS, a California nonprofit organization; TEAMSTERS JOINT COUNSEL 7, an organized labor union; KEVIN LONG, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>VWR INTERNATIONAL, LLC, a Delaware corporation; and DOES 1-X, inclusive,<br><br>Defendants. | Case No.  1:12-cv-01569-LJO-BAM<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT (Doc. # 23-1)**<br><br><br><br>Hearing Date: December 20, 2012<br>Hearing Time: 8:30 a.m.<br>Hearing Location: Courtroom 4, 7th Floor<br>Judge: Hon. Lawrence J. O'Neill |

This Stipulation is made and entered into pursuant to Eastern District of California Local Rules 143, 144, and 230(f), in the above-captioned action, by and between Plaintiffs Coalition for Clean Air, Center For Environmental Health, Association Of Irritated Residents, Teamsters Joint Council 7, and Kevin Long ("Plaintiffs") and Defendant VWR International, LLC ("Defendant") through their respective counsel of record:

WHEREAS, on December 3, 2012, Plaintiffs filed a motion for summary judgment

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
LOS ANGELES

LA01/ 1176585.1

STIPULATION AND [PROPOSED] ORDER

concurrently with its opposition to Defendant's motion to dismiss (Doc. # 23-2), which has been set for hearing alongside Plaintiffs' motion for a preliminary injunction (Doc. # 6) on December 20, 2012.

WHEREAS, Local Rule 230(e) provides that upon filing and service of a counter-motion or related motion with a party's opposition to a pending motion, the court may continue the hearing on all of the motions to permit a reasonable opportunity for all parties to serve and file oppositions and replies.

WHEREAS, the summary judgment motion relies entirely on matters already before the court in connection with the preliminary injunction motion and motion to dismiss.

WHEREAS, Defendant is willing to forebear from seeking a continuance of the preliminary injunction motion and motion to dismiss, provided that it is allowed a reasonable amount of time to file a short opposition to the motion for summary judgment.

WHEREAS, Plaintiffs are willing to waive the opportunity to file a reply brief in support of the motion for summary judgment.

NOW, THEREFORE, the parties hereby stipulate and request the following regarding the opposition to the motion for summary judgment and the reply to the opposition to the motion for summary judgment:

1. Defendant's opposition to the motion for summary judgment shall be filed on or before December 18, 2012;
2. Defendant's opposition to the motion for summary judgment shall not exceed ten pages.
3. Plaintiffs waive reply to the opposition to the motion for summary judgment;
4. Hearing on the motion for summary judgment may proceed as scheduled on December 20, 2012 at 8:30 a.m.

Respectfully submitted,

Dated: December 13, 2012          DRINKER BIDDLE & REATH LLP

By: /s/ Adam J. Thurston

Attorneys for Defendant
VWR INTERNATIONAL LLC

Dated: December 13, 2012          LOUZEAU DRURY LLP

By: /s/ Richard Drury
(as authorized on 12/13/12)

Attorneys for Plaintiffs

**ORDER**

IT IS HEREBY ORDERED, that the briefing and hearing schedule on Plaintiffs' motion for summary judgment shall be as follows:

1. Defendant's opposition to the motion for summary judgment shall not exceed 10 pages and shall be filed on or before December 18, 2012;
2. Plaintiffs waive reply to the opposition to the motion for summary judgment;
3. The hearing for the preliminary injunction motion, motion to dismiss, and motion for summary judgment will proceed as scheduled on December 20, 2012 at 8:30 a.m., unless the Court subsequently determines not to entertain oral argument on the motions.

IT IS SO ORDERED.

Dated: **December 13, 2012**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE