DRINKER BIDDLE & REATH LLP
Adam J. Thurston (Cal. Bar No. 162636)
adam.thurston@dbr.com
1800 Century Park East, Suite 1400
Los Angeles, California  90067
Telephone:    (310) 203-4000
Facsimile:    (310) 229-1285

Attorneys for Defendant and Real Party in Interest
VWR International, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR CLEAN AIR, et al., | Case No. 1:12-CV-1569-LJO-BAM |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT** |
| VWR INTERNATIONAL, LLC, et al., | |
| Defendant. | |

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, the Court hereby ORDERS, ADJUDGES AND DECREES as follows:

1. Defendant VWR International, LLC ("VWR") shall install two (2) electric vehicle charging stations at its warehousing and distribution facility located at 8711 West Riggin Avenue in the City of Visalia (the "Project").  VWR shall make said electric vehicle charging stations available to VWR employees and/or customers.

2. VWR shall maintain the following features of the Project until June 11, 2022 (10 years after the Project became operational), unless VWR ceases to own and operate the Project in its present form and for its present function prior to that time:

   a. The emergency generator for the Project shall be powered by natural gas and

1         include a catalytic converter.

2     b. Ninety percent of the truck carriers contracted to service the Project by VWR
3         shall be Environmental Protection Agency SmartWay partners, provided
4         however, that temporary variances from this percentage due to circumstances
5         not created by VWR shall not be a violation of this order.

6     c. The Project shall utilize energy efficient interior lighting, *i.e.*, light-emitting
7         diodes ("LED"), and T5 and T8 fluorescent lamps, provided, however, that this
8         order shall not prohibit VWR from incorporating new or different lighting
9         technology that is at least as efficient.

10    d. The Project shall utilize energy efficient exterior lighting, *i.e.*, LED, and T5
11        and T8 fluorescent lamps, provided, however, that this order shall not prohibit
12        VWR from incorporating new or different lighting technology that is at least as
13        efficient.

14    e. The air conditioning system for the management offices at the Project shall use
15        non-chlorofluorocarbon refrigerant.

16    f. Cooling for the main warehouse space at the Project shall be provided through
17        evaporative coolers rather than air conditioners, provided, however, that this
18        order shall not prohibit VWR from incorporating new or different cooling
19        technology that is at least as efficient.

20    g. The warehouse space at the Project shall incorporate automated airflow and
21        ventilation systems designed to minimize need for supplemental heating and
22        cooling within the warehouse space.

23    h. Forklifts and interior vehicles at the Project shall be electric powered.

24    i. The Project shall use a building automation system to control and optimize the
25        efficiency of its mechanical systems, including lighting, HVAC, exhaust
26        dampers, fans, and ventilation louvers

27    j. Interior lights shall incorporate motion sensors that turn them off when not in
28        use.

    k. The Project shall incorporate a light colored "cool roof" membrane to reduce surface temperature, heat island effect, and heat transfer to the interior of the structure.

    l. The landscape design and irrigation system shall be in compliance with LEED Silver certification standards to reduce water consumption.

    m. The warehouse shall incorporate water-efficient building design with water efficient fixtures and appliances meeting LEED Silver certification standards.

    n. The Project shall have an operational recycling program covering paper, corrugated cardboard, glass, plastics and metals.

    o. A bicycle rack shall be provided at the Project for employees who wish to bicycle commute.

    p. Five (5) premium car/vanpool spaces shall be provided at the Project.

  3. Notwithstanding the provisions of paragraph 2, above, this order shall not prohibit VWR from incorporating new or different technology at its facility instead of the specific technology specified in paragraph 2, provided that is no less efficient than the technology specified.

  4. VWR need not take further action to comply with San Joaquin Valley Air Pollution Control District Rule 9510, as incorporated into the California State Implementation Plan under the Clean Air Act (42 U.S.C. Section 7604(a)).

  5. VWR need not take further action to comply with Visalia Municipal Code Section 17.28.040A.

  6. VWR shall pay no civil penalties.

  7. Nothing in this judgment shall prohibit VWR from selling, transferring, demolishing, rebuilding, or repurposing the Project, in whole or in part, or the real property upon which it sits.

  8. Except as may otherwise be provided by written agreement, each party shall bear their own fees and costs.

/ / /

9. This judgment shall be entered by the clerk of the court forthwith.   The Clerk is directed to close this action.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

IT IS SO ORDERED.

Dated:   **September 11, 2013**              **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE